ACCEPTED
12-15-00113-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/15/2015 12:00:00 AM
CATHY LUSK
CLERK

No.: 12-15-00113-CV

In The

*Court of Appeals*

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/14/2015 8:01:45 PM
CATHY S. LUSK
Clerk

TWELFTH DISTRICT OF TEXAS

Tyler, Texas

_____

**JASON ROWELL**
**Appellant,**


**v.**


**FIRETROL PROTECTION SYSTEMS**
**Appellee.**

_____

Appealed from 114th Judicial District Court of
Dallas County, Texas, the Honorable Christi Kennedy, Presiding

_____

**REPLY TO FIRETROL'S RESPONSE TO MOTION TO RECONSDIER**
**INVOLUNTARY DISMISSAL**

_____

Niles Illich
SBOT: 24069969
Law Office of Niles Illich, Ph.D., J.D.
701 Commerce Street, Suite 400
Dallas, Texas 75202
Telephone: (972) 802 − 1788
Facsimile: (972) 682 – 7586
Email: Niles@appealstx.com
**ATTORNEY FOR APPELLANT**
**JASON ROWELL**

---

## Argument for Reconsideration/Reinstatement
_____

This appeal has been untidy. However, the confusion that caused this appeal to be dismissed was a simple calendaring error that occurred only because counsel read the message on his cellular telephone while he was outside of his office. Further, the untidy aspects of the appeal have been resolved. Should this Court reinstate the appeal, then the case can proceed to briefing expeditiously.

Counsel for Jason Rowell again suggests that the proper remedy is a sanction on counsel rather than an involuntary dismissal of this appeal.

Respectfully submitted,

/s/ Niles Illich
Niles Illich
The Law Office of Niles Illich, Ph.D., J.D.
701 Commerce
Suite 400
Dallas, Texas 75202
Direct:     (972) 802-1788
Facsimile: (972) 236-0088
Email: Niles@appealstx.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was served on:

Roger W. Anderson
Gillen and Anderson
613 Shelley Park Plz.
Tyler, Texas 75701

By electronic service on June 14, 2015.

/s/ Niles Illich
Niles Illich

## CERTIFICATE OF COMPLIANCE

This is to certify that this motion complies with the length and style requirements in Rule 9.4 of the Texas Rules of Appellate Procedure. The motion is presented in Times New Roman font, size 14. The motion contains 303 words.

/s/ Niles Illich
Niles Illich

Electronically Filed
5/13/2015 2:06:32 PM
Lois Rogers, Smith County District Clerk
Reviewed By: Lana Fields

THE LAW OFFICE OF NILES ILLICH, PH.D., J.D.
701 Commerce, Suite 400
Dallas, Texas 75202
Direct: (972) 802−1788
Email: Niles@appealstx.com

May 14, 2015

District Clerk
114th District Court
Smith County District Court
100 N. Broadway
Room 204
Tyler, Texas 75702

Re: *Jason Rowell v. Firetrol Protection Systems, Inc.*; Cause No. 15-0581-B

Dear Ms. Rhymes:

      Please prepare the clerk's record as required under Rule 34.5 of the Texas Rules of Appellate Procedure. I am designating every document that is in this record to be part of the clerk's record on appeal. Specifically, please include the following documents:

| Filing Date: | Description of Document: |
| --- | --- |
| 03/17/2015 | Original Petition (OCA) |
| 03/17/2015 | Civil Case Information Sheet |
| 03/17/2015 | Citation |
| 03/25/2015 | Citation Returned Served |
| 03/31/2015 | Original Answer |
| 03/31/2015 | Motion to Dismiss |
| 04/06/2015 | Letter |
| 04/06/2015 | Letter |
| 04/06/2015 | Motion for Sanctions |
| 04/06/2015 | Order Setting Hearing |
| 04/07/2015 | RESPONSE |
| 04/08/2015 | Order Setting Hearing |
| 04/10/2015 | Other |
| 04/13/2015 | Other  (9:00 AM) (Judicial Officer Kennedy, Christi) |
| 04/13/2015 | Other  (9:00 AM) (Judicial Officer Kennedy, Christi) |
| 04/15/2015 | Order of Dismissal |
| 04/15/2015 | Docket Sheet |
| 04/16/2015 | Other |
| 04/17/2015 | Motion for Judgment |
| 04/20/2015 | Notice of Submission |
| 04/23/2015 | Notice of Submission |

| | |
|---|---|
| 04/29/2015 | Notice of Appearance |
| 04/29/2015 | Notice of Appeal |
| 04/29/2015 | Motion for New Trial |
| 04/30/2015 | Certificate |
| 04/30/2015 | Designation of Clerk's Record |
| 05/12/2015 | Appeal Filed |
| 05/13/2015 | Final Judgment |
| 05/13/2015 | Order Setting Hearing |
| 05/13/2015 | Letter |
| 05/13/2015 | Other |
| Date  unknown | Request for production of reporter's record and request for production of clerk's record, request for findings of fact and conclusions of law, any subsequent request for findings of fact and conclusions of law, and any findings of fact and conclusions of law entered by this Court.  Any orders. |

My client is responsible for any costs associated with producing this record. Please inform me of those costs and I will remit them to you promptly. At your request I am not including a deposit with this designation.  Please let me know what this will cost and I will remit payment promptly.

Please file a copy of this in your record.  I appreciate your assistance and I look forward to working with you.

Sincerely,

/s/ Niles Illich
Niles Illich, Ph.D., J.D.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Request for Preparation of Clerk's Record was served on this the 14th day of May, 2015, on all parties/attorneys of record listed below by:

**Electronic Service**
Roger Anderson
Gillen & Anderson
613 Shelley Park Plaza
Tyler, Texas 75701

/s/ Niles Illich
Niles Illich